# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GERALD HAND,

      Petitioner,

  -vs-

MARC HOUK, Warden,

      Respondent.

Case No. 2:07-cv-846

Chief Judge Sandra S. Beckwith
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. No. 42), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on August 8, 2008, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that Respondent's Motion to Dismiss be, and it hereby is, denied.

Date: December 23, 2008                      s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Chief Judge
                                                    United States District Court