# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GERALD HAND,

:

    Petitioner,                                   Case No. 2:07-cv-846

:       District Judge Sandra S. Beckwith
   -vs-                                Magistrate Judge Michael R. Merz

MARC HOUK, Warden,

:

    Respondent.

## SCHEDULING ORDER

Confirming the dates agreed upon at the conclusion of the evidentiary hearing, Petitioner's brief on the merits shall be filed not later than April 5, 2010; Respondent's brief on the merits shall be filed not later than May 5, 2010; and Petitioner's reply brief shall be filed not later than June 4, 2010.

February 12, 2010.

                                                                              s/ **Michael R. Merz**
                                                                        United States Magistrate Judge